IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENARD FARLEY,

          Plaintiff,                CV F 06 1760 LJO WMW   PC

    vs.                       ORDER FINDING COMPLAINT
                                   STATES A COLORABLE CLAIM
                                   AND DIRECTING PLAINTIFF
                                   TO COMPLETE USM 285 FORMS

DR. CAPOT et al.,

          Defendants.

Plaintiff  is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.   The court has screened plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Capot and Tate for deliberate indifference to his medical needs, in violation of the Eighth Amendment.   Accordingly, it is HEREBY ORDERED that:


1.      Service is appropriate for the following defendants:

                DR. CAPOT

                DR. TATE

2.      The Clerk of the Court shall send plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed August 28, 2007.

3.      Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a.      Completed summons;

   b.      One completed USM-285 form for each defendant listed above; and

   c.      Three copies of the endorsed first amended complaint filed August 28, 2007.

4.      Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.      The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    April 21, 2008**                        _____/s/  William M. Wunderlich_____
                                                    UNITED STATES MAGISTRATE JUDGE