IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEONARD FARLEY,

    Plaintiff,        1: 06 CV 1760 LJO WMW PC

  vs.                ORDER RE MOTION (DOC 21)

DR. CAPOT, et al.,

    Defendants.

    Plaintiff has filed a motion for a protective order. Because no discovery order has issued and discovery has not been opened, no party may conduct discovery. Any motion for a protective order is therefore premature.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a protective order is denied.

IT IS SO ORDERED.

**Dated:   March 17, 2009**              /s/  William M. Wunderlich
                                                        UNITED STATES MAGISTRATE JUDGE