# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD FARLEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DOCTOR E. CAPOT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.   1:06-cv-01760-LJO-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE<br><br>(ECF No. 47) |

　　　　Plaintiff Leonard Farley ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The action is proceeding on Plaintiff's Amended Complaint, filed August 28, 2007 (ECF No. 15). Plainitff's complaint alleges Defendant Harold Tate was deliberately indifferent to a serious medical need in violation of the Eighth Amendment.

　　　　On August 9, 2010, Plaintiff filed a motion requesting a settlement conference. (ECF No. 47.)  In this type of action, settlement conferences are not set automatically. Local Rule 240(c)(8).  A settlement conference will set only if both sides notify the Court

that they believe a settlement conference may be beneficial or desirable.  Local Rule 270(a).  Defendant Tate has not so notified the Court.  Therefore, Plaintiff's motion for a settlement conference is denied, albeit without prejudice.

This court encourages settlement conferences.  If, as the case progresses, both sides come to agree that a settlement conference could be productive, the Court will undertake to accommodate them.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for a Settlement Conference is DENIED.

IT IS SO ORDERED.

Dated:   December 3, 2010        /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE