UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD FARLEY, | 1:06-cv-1760-LJO-MJS (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| DOCTOR E. CAPOT, et al. | (ECF No. 81) |
| Defendants. | |
| | CLERK SHALL CLOSE CASE |

Plaintiff Leonard Farley ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 31, 2011, the Magistrate Judge filed a Findings and Recommendation, recommending that Defendant Tate's Motion for Summary Judgment be granted. (ECF No. 81.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(c) and Local Rule 305, this

Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations filed on October 31, 2011, in full;

2. Defendant Tate's Motion for Summary Judgment is GRANTED;

3. This action is dismissed, with prejudice; and

4. Clerk shall CLOSE the case.

IT IS SO ORDERED.

**Dated:   December 20, 2011**             /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE